# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RANDOLPH D. RADER and GAY S. RADER,**

      **Plaintiffs,**

**v.**     Case No:   **6:13-cv-878-Orl-31KRS**

**PETE MERCALDO, BRIAN CAVANAUGH, MICHAEL SZCZEPANSKI and CITY OF MELBOURNE,**

      **Defendants.**

## ORDER

In light of the Court's granting of the Defendants' various motions for summary judgment, all of the Plaintiffs' claims have now been resolved.   Accordingly, it is hereby

**ORDERED** that

1. The Defendants' pending motion in limine (Doc. 63) is **DENIED AS MOOT**; and

2. The Clerk is **DIRECTED** to enter judgment in favor of each Defendant and against the Plaintiffs, and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 9, 2014.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party