**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RANDOLPH D. RADER and GAY S. RADER,**

       **Plaintiffs,**

**v.**                                        **Case No:   6:13-cv-878-Orl-31KRS**

**PETE MERCALDO, BRIAN CAVANAUGH, MICHAEL SZCZEPANSKI and CITY OF MELBOURNE,**

       **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Amended Motion Objecting to Defendants' Requested Costs (Doc. No. 84), filed December 22, 2014.

On January 15, 2015, the United States Magistrate Judge issued a report (Doc. No. 86) recommending that the objection to the requested costs be sustained; however, Defendants withdrew their Bill of Costs after entry of the Report and Recommendation (Doc. No. 87). Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **TERMINATED AS MOOT**.

2. The Amended Motion Objecting to Defendants' Requested Costs is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 16, 2015.

                                                                **GREGORY A. PRESNELL**
                                                               **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party